1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RAUL A. HURTADO, | ) Case No. CV 09-5244 DOC(JC) |
|---|---|
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| A.J. YATES, | ) CONCLUSIONS, AND |
| | ) RECOMMENDATIONS OF |
| | ) UNITED STATES MAGISTRATE |
| Respondent. | ) JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections").

The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections, except that the citation to Porter v. Ollison which appears on page 6 of the Report and Recommendation is ordered replaced with a citation to the recently amended version of the opinion in such

///

case, which was issued after the Report and Recommendation was filed and appears at 2010 WL 3349193 (9th Cir. Aug. 26, 2010).

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 29, 2010

_David O. Carter_
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE