UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL A. HURTADO,<br><br>    Petitioner,<br><br>    v.<br><br>A.J. YATES,<br><br>    Respondent. | Case No. CV 09-5244 DOC(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied, and this action is dismissed with prejudice.

DATED: September 29, 2010

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE